IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONDA C., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:17-CV-2114-G (BH) |
| | § | |
| NANCY A. BERRYHILL, ACTING | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

It is therefore **ORDERED** that plaintiff's application for attorney's fees under the Equal Access to Justice Act, filed October 25, 2018 (docket entry 22), is **GRANTED in part**. Plaintiff is awarded $8,367.50 in attorney's fees, based upon 40 hours of attorney work at an hourly rate of $193.75, and 6.5 hours of paralegal work at an hourly rate of

$95.00.

    **SO ORDERED.**

April 24, 2019.

                                  /s/ A. Joe Fish
                                  **A. JOE FISH**
                                  **Senior United States District Judge**